Rev. March 23, 2021

# LOCAL BANKRUPTCY FORM 4001-1

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Wesley Matthew Kunkel**

**Debtor**

CHAPTER: 13

CASE NO. 1:23-bk-01205-HWV

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED FEBRUARY 18, 2008

Recorded on <u>7/25/2008</u>, in <u>York</u> **County**, at <u>Instrument #2008053654, book 1981, page 7913</u>

Property Address:
   2225 Copenhaffer Rd., Dover, PA 17315

Mortgage Servicer:
   NewRez LLC d/b/a Shellpoint Mortgage Servicing

Post-petition mailing address for Debtor(s) to send payment:
   NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 650840, Dallas, TX 75265-0840

Mortgagor(s)/Debtor(s):
<u>Wesley M. Kunkel (Debtor) and Kathy Ann Kunkel (non-filing co-mortgagor)</u>

Payments are contractually due:
Monthly ☒ Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest…..     <u>$472.12</u>
R.E. Taxes …………….     <u>$396.03</u>
Insurance ……………….     <u>$0.00</u> _____
Late Charge …………..      <u>$0.00</u>
Other ……...................      (Specify: _____ )
**TOTAL** ……………..       <u>$868.15</u>

**POST-PETITION PAYMENTS** (Petition was filed on 5/31/2023)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 6/20/2023 | $1,192.14 | $868.15 | 6/01/2023 | $323.99 to suspense | |
| 8/8/2023 | $868.15 | $868.15 | 7/01/2023 | $0.00 | |
| 9/18/2023 | $868.15 | $868.15 | 8/01/2023 | $0.00 | |
| 10/13/2023 | $868.15 | $868.15 | 9/01/2023 | $0.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of 12/10/2023

TOTAL AMOUNT OF POST-PETITION ARREARS: $2,280.46 as of 12/10/2023

Dated:

_NewRez LLC dba Shellpoint_
Mortgage Company

_Virginia Underwood, Bankruptcy Case Manager_
(Print Name and Title)