UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| **In Re:** : | |
| **Wesley Matthew Kunkel** : | Chapter 13 |
| : | Case No. **1:23-bk-01205-HWV** |
| **Debtor** : | 11 *U.S.C.* §362(d) |
| US Bank Trust National Association, : | |
| Not In Its Individual Capacity But Solely : | |
| As Owner Trustee For VRMTG Asset Trust : | |
| Movant : | |
| v. : | |
| Wesley Matthew Kunkel : | |
| : | Hearing: February 6, 2024 at 9:30 a.m. |
| Debtor : | |
| and : | |
| Jack N. Zaharopoulos, Esquire : | |
| Trustee : | |
| Respondents : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST** has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court which seeks the termination of the Automatic Stay instituted at the commencement of your Chapter 13 Bankruptcy proceeding.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **January 23, 2024,** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    United States Bankruptcy Court
    Sylvia H. Rambo U.S. Courthouse
    1501 North 6th Street
    Harrisburg, PA 17102

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney and the Chapter 13 Trustee:

      Brian E. Caine, Esq.
      Attorney for Movant
      Parker McCay P.A.
      9000 Midlantic Drive, Suite 300
      Mount Laurel, NJ 08054

      Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      717-566-6097

      2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.    A hearing on the motion is scheduled to be held before the Honorable Chief Judge Henry W. Van Eck, on **February 6, 2024 at 9:30 a.m.** in United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, 4th Floor, Courtroom #8, Harrisburg, PA 17102.

      4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 9, 2024                        By:/s/ BRIAN E. CAINE
                                                      BRIAN E. CAINE, ESQ.
                                                      PA ATTORNEY ID NO. 86057
                                                      PARKER McCAY P.A.
                                                      9000 Midlantic Drive, Ste 300
                                                      P.O. Box 5054
                                                      Mt. Laurel, NJ 08054
                                                      (856) 985-4059
                                                      bcaine@parkermccay.com
                                                      Attorneys for Movant