| | |
|---|---|
| **In Re:** | : |
| | : |
| **Wesley Matthew Kunkel** | : **Chapter 13** |
| | : **Case No. 1:23-bk-01205-HWV** |
| | : |
| **Debtor** | : **11 U.S.C. §362(d) and §1301** |
| | : |
| US Bank Trust National Association, | : |
| Not In Its Individual Capacity But Solely | : |
| As Owner Trustee For VRMTG Asset Trust | : |
| | : |
| Movant | : |
| v. | : |
| | : |
| Wesley Matthew Kunkel | : |
| | : Hearing: February 6, 2024 at 9:30 a.m. |
| Debtor | : |
| and | : |
| | : |
| Jack N. Zaharopoulos, Esquire | : |
| Trustee | : |
| | : |
| Respondents | : |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned, Attorney for Movant, hereby certifies that the parties listed below were contacted prior to the filing of the Motion for Relief from Automatic Stay and Co-Debtor Stay and that said parties do not concur with the entry of the Order granting the Movant Relief from the Automatic Stay and Co-Debtor Stay.

X    Debtor's counsel was contacted regarding whether he concurs with the entry of the Order as stated above. No response was given to this inquiry and no concurrence was given. Therefore, counsel for Movant files this Certificate of Non-Concurrence.

X    The Trustee was contacted regarding whether he concurs with the entry of the Order as stated above. Because there was no response from the Debtor's attorney, the Trustee took no position.

Date of Contact:  December 13, 2023

Parties Contacted via email:
      Michael A. Cibik, Esquire
      Jack N. Zaharopoulos


Dated:  January 9, 2024          By:/s/BRIAN E. CAINE
                             BRIAN E. CAINE, ESQ.
                             PA ATTORNEY ID NO. 86057
                             PARKER McCAY P.A.
                             9000 Midlantic Drive, Ste 300
                             P.O. Box 5054
                             Mt. Laurel, NJ 08054
                             (856) 985-4059
                             bcaine@parkermccay.com
                             Attorneys for Movant