UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| In Re: | : |
| **Wesley Matthew Kunkel** | : Chapter 13 |
| | : Case No. 1:23-bk-01205-HWV |
| Debtor | : 11 U.S.C. §362(d) and §1301 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | : |
| Movant | : |
| vs. | : |
| Wesley Matthew Kunkel | : Hearing: February 6, 2024 at 9:30 a.m. |
| Debtor | : |
| and | : |
| Jack N. Zaharopoulos, Esquire Trustee | : |
| Respondents | : |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CODEBTOR STAY**

Upon the Motion of PARKER, McCAY, P.A., Attorneys for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust (hereinafter "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 co-debtor stay as to certain real property as hereinafter set forth, and for cause shown; **it is ORDERED**

1. The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the

Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*2225 Copenhaffer Rd., Dover, PA 17315*

2. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

3. The 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

4. The Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.