UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| In Re: | : |
| | : |
| **Wesley Matthew Kunkel** | : Chapter 13 |
| | : Case No. 1:23-bk-01205-HWV |
| | : |
| **Debtor** | : 11 U.S.C. §362(d) and §1301 |
| | : |
| US Bank Trust National Association, | : |
| Not In Its Individual Capacity But Solely | : |
| As Owner Trustee For VRMTG Asset Trust | : |
| | : |
| Movant | : |
| v. | : |
| | : |
| Wesley Matthew Kunkel | : |
| | : Hearing: February 6, 2024 at 9:30 a.m. |
| Debtor | : |
| and | : |
| | : |
| Jack N. Zaharopoulos, Esquire | : |
| Trustee | : |
| | : |
| Respondents | : |

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Amended Motion for Relief from the Automatic Stay and Co-Debtor Stay, Certificate of Non-Concurrence, Post-Petition Pay history, Notice of Hearing with Response Deadline and the proposed form of order by:

Date Served: **January 9, 2024**

Persons served:

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*CHAPTER 13 TRUSTEE- SERVED ELECTRONICALLY*

Wesley Matthew Kunkel
2225 Copenhaffer Rd
Dover, PA 17315-1839
***DEBTOR –SERVED VIA REGULAR MAIL***

Kathy Ann Kunkel
2225 Copenhaffer Rd
Dover, PA 17315-1839
***PARTY IN INTEREST – SERVED VIA REGULAR MAIL***

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
**DEBTOR'S ATTORNEY -** *SERVED ELECTRONICALLY*

United States Trustee
US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102
***U.S. Trustee-SERVED ELECTRONICALLY***

    By: /s/ Lynne Charlino
        LYNNE CHARLINO

Dated: January 9, 2024