UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| **In Re:** | : |
| **Wesley Matthew Kunkel** | : Chapter 13 |
| | : Case No. 1:23-bk-01205-HWV |
| **Debtor** | : 11 U.S.C. §362(d) and §1301 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | : |
| Movant | : |
| v. | : |
| Wesley Matthew Kunkel | : |
| Debtor | : Hearing: February 7, 2024 at 9:30 a.m. |
| and | : |
| Jack N. Zaharopoulos, Esquire Trustee | : |
| Respondents | : |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and the Debtor in settlement of the Motion for Relief from Stay and Co-Debtor Stay which was filed on January 9, 2024 in the above matter is APPROVED, and hereby made an Order of this Court.