UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| **In Re:** | : |
| | : |
| **Wesley Matthew Kunkel** | : Chapter 13 |
| | : Case No. 1:23-bk-01205-HWV |
| | : |
| **Debtor** | : 11 U.S.C. §362(d) and §1301 |
| | : |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | : |
| | : |
| Movant | : |
| v. | : |
| Wesley Matthew Kunkel | : |
| Debtor | : |
| and | : |
| Jack N. Zaharopoulos, Esquire Trustee | : |
| | : |
| Respondents | : |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay, Doc. 27, and it appearing that the parties have resolved this matter via Stipulation, Doc. 30, it is

**ORDERED** that the Stipulation between US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and the Debtor is **APPROVED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 12, 2024