# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 1:23-bk-01205-HWV |
| Wesley Matthew Kunkel, | ) |
| Debtor. | ) Chapter 13 |

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtor Wesley Matthew Kunkel, Doc. 36, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: