United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 23-01205-HWV
Wesley Matthew Kunkel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Apr 28, 2025    Form ID: pdf010    Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wesley Matthew Kunkel, 2225 Copenhaffer Rd, Dover, PA 17315-1839 |
| 5544671 | | Conewago Township, 490 Copenhaffer Rd, York, PA 17404-8389 |
| 5544675 | + | Northeastern School District, 41 Harding Street, Manchester, PA 17345-1119 |
| 5544676 | | Parker McCay P.A., 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 5544681 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5544684 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 18:51:08 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5546936 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 18:51:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5544669 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2025 19:01:22 | Citibank/The Home Depot, Po Box 790034, Saint Louis, MO 63179-0034 |
| 5544670 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2025 18:46:00 | Comenity Capital/Gem, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5544672 | + | Email/Text: bankruptcy@credencerm.com | Apr 28 2025 18:46:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7603 |
| 5544673 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 28 2025 18:46:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5544674 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2025 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5544677 | | Email/Text: fesbank@attorneygeneral.gov | Apr 28 2025 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5544678 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5544679 | ^ | MEBN | Apr 28 2025 18:45:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5544680 | | Email/Text: ebnnotices@fidem-financial.com | Apr 28 2025 18:46:00 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 5544682 | ^ | MEBN | Apr 28 2025 18:45:23 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

| | | | |
|---|---|---|---|
| 5544683 | + Email/Text: mtgbk@shellpointmtg.com | Apr 28 2025 18:46:00 | US Bank Trust NA, c/o NewRez LLC, 75 Beattie Place Ste 300, Greenville, SC 29601-2138 |
| 5559166 | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2025 18:46:00 | US Bank Trust National Association, et al, c/o NewRez LLC dba Shellpoint Mort Serv, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michael A. Cibik | on behalf of Debtor 1 Wesley Matthew Kunkel help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Wesley Matthew Kunkel, ) Case No. 1:23-bk-01205-HWV
)
               Debtor. ) Chapter 13

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtor Wesley Matthew Kunkel, Doc. 36, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 28, 2025